**LAW OFFICES**
**STEVEN H. SCHEFERS (BAR ID# 004521988)**
**Attorney-at-Law**
**1114 Goffle Road - Suite #203**
**Hawthorne, New Jersey 07506**
**(201) 294-6402**
**Attorney for Defendant**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Plaintiff,** | |
| **UNITED STATES OF AMERICA** | |
| | **Hon. James B. Clark, III** |
| **vs.** | |
| | **Magistratge No. 25-12213** |
| **Defendant(s),** | |
| **KEITH MICHAEL LISA** | |
| | **CONSENT ORDER** |

**THIS MATTER**, having come before the Court by Steven H. Schefers, Esq., attorney for the defendant in the above-captioned matter; with the consent of Pretrial Services Agency and Lauren Kober, Assistant United States Attorney;

**IT IS** on this 31st day of August, 2026,

**THEREFOR ORDERED:**

1. The Order Setting Conditions of Release entered by this Court on February 20, 2026 , is hereby modified, with consent from Pretrial services and Lauren Kober, Assistant United States Attorney, and allowing that the defendant, Keith Michael Lisa, be and is hereby permitted to move from home incarceration with monitoring to home detention with employment/education.

2. The defendant shall be permitted to leave his residence to attend trade school on a full-time basis, and NA and/or AA meetings

in person when same are available in locations nearby the defendant's residence.

3. Pretrial Services Agency has consented to this application.

s/ Cari Fais
HON. CARI FAIS, U.S.M.J.

The following Counsel
hereby consent to the form
and entry of this Order:

***/s/ Steven H. Schefers***

Steven H. Schefers, Esq.
Attorney for the Defendant

***/s/ Lauren Kober***

Lauren Kober
Assistant U.S. Attorney