**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| v. | : | Magistrate No. 25-12213 |
| KEITH MICHAEL LISA | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (Lauren Kober, Assistant U.S. Attorney, appearing), and defendant Keith Michael Lisa (Steven H. Schefers, Esq. appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through November 16, 2026.

2. This is the sixth § 3161(h)(7)(A) continuance in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

b. The United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

c. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 62 days from September 15, 2026, through and including November 16, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HON. JAMES B. CLARK, III
United States Magistrate Judge

Dated: September __ 2026

Form and entry consented to:

*/s/ Lauren Kober*
______________________________
Lauren Kober
Assistant U.S. Attorney

*/s/ Steven H. Schefers*
________________________________________
Steven H. Schefers, Esq.
Counsel for Keith Michael Lisa